■ EAST2WEST CONSTRUCTION COMPANY, LLC, et al., Appellants, v QUINLIVAN, PIERIK & KRAUSE A/E, Doing Business as QPK DESIGNS, et al., Respondents, et al., Defendants. (Appeal No. 2.) [982 NYS2d 418]—Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered January 24, 2013. The order, among other things, granted the motion of defendants Quinlivan, Pierik & Krause A/E, doing business as QPK Designs, Vincent Nicotra and Linda K. Storrings to dismiss the complaint against them.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *East2West Constr. Co., LLC v First Republic Corp. of Am.* (115 AD3d 1206 [2014]). Present— Centra, J.P., Peradotto, Lindley, Sconiers and Whalen, JJ.